IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-00171-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CHRISTOPHER MAURICE LAMAR ) | |
| HODGES, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Defendant's Motion to Seal Docket Entry 43 [DE 44]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 44 until further order of the court.

SO ORDERED this 27th day of September, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE